B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Idaho

In re  **Danielle Marie Craig**
       **Bradon Andrew Simms**
                                              Debtor(s)

Case No. _____

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **750.00** |
   | Prior to the filing of this statement I have received | $ **750.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value and exemption planning; By agreement with the debtor(s), the above disclosed fees are a minimum fee in connection with this case, additional legal services (including the preparation and filing of a Reaffirmation Agreements and judicial liens advoidances pursuant to 11 USC 522(f), are based on an hourly rate of $250, plus costs.**

   **Dated: 9/19/18**

   **/s/____Danielle Craig_____**          **/s/_Brandon Simms_____**
       Danielle Craig                                    Brandon Simms

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, amending schedules, adding credtiors and providing notice, judicial lien avoidances and reaffirmation agreements (not addressed above), relief from stay actions or any other adversary proceeding, any matters raised by the Trustee or US Trustee's Office during the administration of the case, any hearings before the Court following the 341(a) hearing, defense of any effort by the Trustee to claim property for the estate which the debtor wishes to contest.**

In re **Danielle Marie Craig / Bradon Andrew Simms**

Debtor(s)

Case No. _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 19, 2018**
*Date*

**/s/ Jon R. Wilson**
**Jon R. Wilson**
*Signature of Attorney*
**Wilson Law Offices, P.C.**
**4614 W. Emerald St.**
**Boise, ID 83706**
**208-343-8400**
**jon@boiselaw.org**
*Name of law firm*

Date **September 19, 2018**    Signature **/s/ Danielle Marie Craig**
**Danielle Marie Craig**
Debtor

Date **September 19, 2018**    Signature **/s/ Bradon Andrew Simms**
**Bradon Andrew Simms**
Joint Debtor